# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY L. ASHFORD, and<br>TIMOTHY L. ASHFORD, PC LLO,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, JOHN DOES, 1-100,<br>and JANE DOES, 1-100,<br><br>Defendants. | **8:20CV36**<br><br>**ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiffs sued numerous unnamed John and Jane Doe defendants in the Complaint filed on January 21, 2020. Because these defendants are still both unnamed and unserved, the Court will order Plaintiff to show cause, on or before August 13, 2020, why the unnamed defendants should not be dismissed, pursuant to Rule 4(m), for failure to serve process. Accordingly,

**IT IS ORDERED** that Plaintiffs shall have until **August 13, 2020,** to show cause why the John and Jane Doe defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve process. The failure to timely comply with this order will result in dismissal of the unnamed defendants without further notice.

Dated this 30th day of July, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge