IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY L. ASHFORD, and TIMOTHY L. ASHFORD, PC LLO,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, JOHN DOES, 1-100, and JANE DOES, 1-100,<br><br>Defendants. | 8:20CV36<br><br>ORDER |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 27th day of October, 2020.

BY THE COURT:

United States Magistrate Judge