IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIMOTHY L. ASHFORD, and TIMOTHY
L. ASHFORD, PC LLO,

                    Plaintiffs,                                                    **8:20CV36**

          vs.                                                                       **ORDER**

DOUGLAS COUNTY,

                    Defendant.

        IT IS ORDERED that the motion to withdraw filed by Phoebe L. Gydesen on behalf of Ryan S. Post, as counsel of record for Defendants Marcena Hendrix and State of Nebraska, (Filing No. 80), is granted. Ryan S. Post shall no longer receive electronic notice in this case.

        Dated this 5th day of March, 2021.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge